958 A.2d 464

IN THE MATTER OF CHRISTOPHER L. DAUL, AN ATTORNEY AT LAW (ATTORNEY NO. 019731985).

October 17, 2008.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–171, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13, **CHRISTOPHER L. DAUL** of **STOCKTON,** who was admitted to the bar of this State in 1985, should be reprimanded based on his conviction in Flemington Municipal Court of the disorderly persons offence of lewdness, in violation of *N.J.S.A.* 2C:14–4a, which constitutes a violation of *RPC* 8.4(b) (commission of criminal act that reflects adversely on lawyer's honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **CHRISTOPHER L. DAUL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.